IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
     v.                     )       2:23cr126-MHT
                            )            (WO)
JUSTIN REX MOSLEY           )
```

ORDER DISMISSING INDICTMENT

Based on the government's representation that defendant Justin Rex Mosley has successfully completed the Pretrial Diversion Program and on the government's motion for dismissal of the indictment (Doc. 46), it is ORDERED as follows:

(1) The motion for dismissal of the indictment (Doc. 46) is granted.

(2) The indictment (Doc. 1) against defendant Justin Rex Mosley is dismissed with prejudice.

This case is closed.

DONE, this the 23rd day of September, 2025.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE